IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL D. HORTON,<br><br>Defendant. | : Case No. 3:03cr157 (1)<br>: and 3:08cv133<br>:<br>: Court of Appeals No. 11-4086<br>:<br>: JUDGE WALTER HERBERT RICE<br>: |

DECISION AND ENTRY CONCLUDING THAT DEFENDANT'S MOTION
FOR LEAVE TO APPEAL IN FORMA PAUPERIS IS MOOT (DOC. #130)

The Defendant's Motion for Permission to Appeal In Forma Pauperis (Doc. #130) is moot, given that the undersigned previously denied Petitioner leave to appeal in forma pauperis in a filing dated September 20, 2011 (Doc. #126).

October 21, 2011

WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Michael D. Horton, *Pro Se*
Counsel of record